IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ASIA GABRIEL BLACKBURN,<br><br>               Defendant. | 8:22CR258<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Asia Gabriel Blackburn (Filing No. 60). Renee L. Mathias has filed an entry of appearance as retained counsel for Asia Gabriel Blackburn. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 60) will be granted.

Yvonne D. Sosa shall forthwith provide Renee L. Mathias any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Asia Gabriel Blackburn's defense.

The clerk shall provide a copy of this order to Renee L. Mathias.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge